November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

RMS RESIDENTIAL PROPERTIES, LLC, ASSIGNEE OF ENCORE CREDIT
CORPORATION, Appellant

NO. 14-11-00232-CV                 V.

A. M. MOLINA AKA ARLETTA MOLINA, Appellee

——————————————

This cause, an appeal from the judgment in favor of appellee, A. M. MOLINA AKA ARLETTA MOLINA, signed August 19, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, A. M. MOLINA AKA ARLETTA MOLINA, to pay all costs incurred in this appeal. We further order this decision certified below for observance.